# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| DARYL ANTHONY GREEN,<br><br>    Appellant,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT ENFORCEMENT and PRINCE GEORGE'S COUNTY MUNICIPAL CORPORATION,<br><br>    Appellees. | Civil Action No. TDC-20-2871<br>Civil Action No. TDC-20-3183 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The appeals in Case No. TDC-20-2871 and Case No. TDC-20-3183 are DISMISSED for lack of jurisdiction.

2. The Clerk shall close Case No. TDC-20-2871 and Case No. TDC-20-3183.

Date: August 10, 2021

THEODORE D. CHUANG
United States District Judge